# Exhibit A
## Statement of Claim
## Plaintiff Laureen Havel-Goldfarb

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | FLSA Equivalent Half-Time Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 5/4/19 - 5/10/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 4/27/19 - 5/3/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 4/20/19 - 4/26/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 4/13/19 - 4/19/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 4/6/19 - 4/12/19 | 1.00 | 80 | $925.00 | $11.56 | $5.78 | $231.25 | $231.25 |
| 3/30/19 - 4/5/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 3/23/19 - 3/29/19 | 1.00 | 96 | $1,110.00 | $11.56 | $5.78 | $323.75 | $323.75 |
| 3/16/19 - 3/22/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 3/9/19 - 3/15/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 3/2/19 - 3/8/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 2/23/19 - 3/1/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 2/16/19 - 2/22/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 2/9/19 - 2/15/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 2/2/19 - 2/8/19 | 1.00 | 96 | $1,110.00 | $11.56 | $5.78 | $323.75 | $323.75 |
| 1/26/19 - 2/1/19 | 1.00 | 109 | $1,295.00 | $11.88 | $5.94 | $409.89 | $409.89 |
| 1/19/19 - 1/25/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 1/12/19 - 1/18/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 1/5/19 - 1/11/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 12/29/18 - 1/4/19 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 12/22/18 - 12/28/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 12/15/18 - 12/21/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 12/8/18 - 12/14/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 12/1/18 - 12/7/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 11/24/18 - 11/30/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 11/17/18 - 11/23/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 11/10/18 - 11/16/18 | 1.00 | 112 | $1,295.00 | $11.56 | $5.78 | $416.25 | $416.25 |
| 11/3/18 - 11/9/18 | 1.00 | 88 | $880.00 | $10.00 | $5.00 | $240.00 | $240.00 |
| 10/27/18 - 11/2/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 10/20/18 - 10/26/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 10/13/18 - 10/19/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 10/6/18 - 10/12/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 9/29/18 - 10/5/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 9/22/18 - 9/28/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 9/15/18 - 9/21/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 9/8/18 - 9/14/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 9/1/18 - 9/7/18 | 1.00 | 88 | $880.00 | $10.00 | $5.00 | $240.00 | $240.00 |
| 8/25/18 - 8/31/18 | 1.00 | 88 | $880.00 | $10.00 | $5.00 | $240.00 | $240.00 |
| 8/18/18 - 8/24/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 8/11/18 - 8/17/18 | 1.00 | 73 | $730.00 | $10.00 | $5.00 | $165.00 | $165.00 |
| 8/4/18 - 8/10/18 | 1.00 | 88 | $880.00 | $10.00 | $5.00 | $240.00 | $240.00 |
| 7/28/18 - 8/3/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 7/21/18 - 7/27/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 7/14/18 - 7/20/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |
| 7/7/18 - 7/13/18 | 1.00 | 80 | $800.00 | $10.00 | $5.00 | $200.00 | $200.00 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.

## Exhibit A
## Statement of Claim
## Plaintiff Laureen Havel-Goldfarb

### Unpaid Overtime Wages (continued)

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | FLSA Equivalent Half-Time Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 6/30/18 - 7/6/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 6/23/18 - 6/29/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 6/16/18 - 6/22/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 6/9/18 - 6/15/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 6/2/18 - 6/8/18 | 1.00 | 72 | $ 720.00 | $ 10.00 | $ 5.00 | $ 160.00 | $ 160.00 |
| 5/26/18 - 6/1/18 | 1.00 | 88 | $ 880.00 | $ 10.00 | $ 5.00 | $ 240.00 | $ 240.00 |
| 5/19/18 - 5/25/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 5/12/18 - 5/18/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 5/5/18 - 5/11/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 4/28/18 - 5/4/18 | 1.00 | 92 | $ 920.00 | $ 10.00 | $ 5.00 | $ 260.00 | $ 260.00 |
| 4/21/18 - 4/27/18 | 1.00 | 48 | $ 480.00 | $ 10.00 | $ 5.00 | $ 40.00 | $ 40.00 |
| 4/14/18 - 4/20/18 | 1.00 | 54 | $ 540.00 | $ 10.00 | $ 5.00 | $ 70.00 | $ 70.00 |
| 4/7/18 - 4/13/18 | 1.00 | 71.25 | $ 712.50 | $ 10.00 | $ 5.00 | $ 156.25 | $ 156.25 |
| 3/31/18 - 4/6/18 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 3/24/18 - 3/30/18 | 1.00 | 44 | $ 440.00 | $ 10.00 | $ 5.00 | $ 20.00 | $ 20.00 |
| 3/17/18 - 3/23/18 | 1.00 | 66 | $ 660.00 | $ 10.00 | $ 5.00 | $ 130.00 | $ 130.00 |
| 3/10/18 - 3/16/18 | 1.00 | 93 | $ 930.00 | $ 10.00 | $ 5.00 | $ 265.00 | $ 265.00 |
| 3/3/18 - 3/9/18 | 1.00 | 74 | $ 740.00 | $ 10.00 | $ 5.00 | $ 170.00 | $ 170.00 |
| 2/24/18 - 3/2/18 | 1.00 | 80 | $ 800.00 | $ 10.00 | $ 5.00 | $ 200.00 | $ 200.00 |
| 2/17/18 - 2/23/18 | 1.00 | 104 | $ 1,040.00 | $ 10.00 | $ 5.00 | $ 320.00 | $ 320.00 |
| 2/10/18 - 2/16/18 | 1.00 | 95 | $ 950.00 | $ 10.00 | $ 5.00 | $ 275.00 | $ 275.00 |
| 2/3/18 - 2/9/18 | 1.00 | 107 | $ 1,070.00 | $ 10.00 | $ 5.00 | $ 335.00 | $ 335.00 |
| 1/27/18 - 2/2/18 | 1.00 | 88 | $ 880.00 | $ 10.00 | $ 5.00 | $ 240.00 | $ 240.00 |
| 1/20/18 - 1/26/18 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 1/13/18 - 1/19/18 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 1/6/18 - 1/12/18 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 12/30/17 - 1/5/18 | 1.00 | 93 | $ 930.00 | $ 10.00 | $ 5.00 | $ 265.00 | $ 265.00 |
| 12/23/17 - 12/29/17 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 12/16/17 - 12/22/17 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 12/9/17 - 12/15/17 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 12/2/17 - 12/8/17 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 11/25/17 - 12/1/17 | 1.00 | 96 | $ 960.00 | $ 10.00 | $ 5.00 | $ 280.00 | $ 280.00 |
| 11/18/17 - 11/24/17 | 1.00 | 116 | $ 1,160.00 | $ 10.00 | $ 5.00 | $ 380.00 | $ 380.00 |
| 11/11/17 - 11/17/17 | 1.00 | 88 | $ 880.00 | $ 10.00 | $ 5.00 | $ 240.00 | $ 240.00 |
| 11/4/17 - 11/10/17 | 1.00 | 88 | $ 880.00 | $ 10.00 | $ 5.00 | $ 240.00 | $ 240.00 |
| 10/28/17 - 11/3/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 10/21/17 - 10/27/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 10/14/17 - 10/20/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 10/7/17 - 10/13/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 9/30/17 - 10/6/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 9/23/17 - 9/29/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |
| 9/16/17 - 9/22/17 | 1.00 | 89 | $ 890.00 | $ 10.00 | $ 5.00 | $ 245.00 | $ 245.00 |
| 9/9/17 - 9/15/17 | 1.00 | 72 | $ 720.00 | $ 10.00 | $ 5.00 | $ 160.00 | $ 160.00 |
| 9/2/17 - 9/8/17 | 1.00 | 84 | $ 840.00 | $ 10.00 | $ 5.00 | $ 220.00 | $ 220.00 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.

## Exhibit A
## Statement of Claim
## Plaintiff Laureen Havel-Goldfarb

**Unpaid Overtime Wages (continued)**

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | FLSA Equivalent Half-Time Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 8/26/17 - 9/1/17 | 1.00 | 36 | $ 360.00 | $ 10.00 | $ 5.00 | $ - | $ - |
| 8/19/17 - 8/25/17 | 1.00 | 24 | $ 240.00 | $ 10.00 | $ 5.00 | $ - | $ - |
| 8/12/17 - 8/18/17 | 1.00 | 48 | $ 480.00 | $ 10.00 | $ 5.00 | $ 40.00 | $ 40.00 |
| 8/5/17 - 8/11/17 | 1.00 | 48 | $ 480.00 | $ 10.00 | $ 5.00 | $ 40.00 | $ 40.00 |
| 7/29/17 - 8/4/17 | 1.00 | 24 | $ 240.00 | $ 10.00 | $ 5.00 | $ - | $ - |
| | | | | | | $ 24,062.39 | $ 24,062.39 |

Total Unpaid Overtime Wages[1] = $ 24,062.39
Total Liquidated Damages[1] = $ 24,062.39
Total[1] = $ 48,124.77

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.