## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 19-CV-61603

Plaintiff:
**LAUREEN HAVEL-GOLDFARB**
vs.
Defendant:
**SAFE B STEADY INC., ET AL.,**


POP2019046472

For: Elliot Kozolchyk, Esq.
    KOZ LAW PA

Received by Priority One Process Service, Inc. on the 27th day of June, 2019 at 9:00 am to be served on **SAFE N STEADY INC., C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.** I, Michael C. Nolan, being duly sworn, depose and say that on the 8th day of July, 2019 at 8:00 a.m., executed service by delivering a true copy of the **Summons in a Civil Action & Complaint with Exhibits** in accordance with state statutes in the manner marked below:

(✓) CORPORATE served by delivering a true copy with the date and hour of service endorsed thereon by me, by leaving with Kara Stover as an agent / employee of the corporation as allowed by State Statutes, and informing said person of the contents within.
( ) CORPORATE SERVED by leaving a true copy, with the date and hour of service endorsed thereon by me, where the corporation keeps a private mailbox, virtual office, or an executive office or mini suite by delivering to _____, as _____ of _____, as allowed by FL statutes 48.081 (3)(b) and 48.031 (6).
( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a true copy with the date and hour endorsed thereon by me to _____, who is 15 years of age or older, as cotenant of corporate officer _____, as allowed by FL statutes 48.081 (3) (b) and 48.031 (1) (a), and informed said personof the contents therein.
( ) GOVERNMENT AGENCY: by serving _____ of the within-named agency, and informing said person of the contents within.
( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. "Under Penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true."

Subscribed and Sworn to before me on the 8th day of July, 19, by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # 1M
Appointed in accordance with State Statutes

**Priority One Process Service, Inc.**
5893 Sunset Drive
South Miami, FL 33143
(305) 669-1518

Our Job Serial Number: 2019046472
Ref: HAVEL VS SAFE

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V8.1c

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-61603

LAUREEN HAVEL-GOLDFARB,

        Plaintiff,

v.

SAFE N STEADY, INC.,
JAMES D. GOLDBERG,
CATHI B. GOLDBERG,

        Defendants.
_____/

Rcvd.: 6/27/19 @ 9:00a
Served: Kara Stover
Type: Corp
Date: 7/8/19   8:00am
Server: MN # 111

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Safe N Steady, Inc.
        Registered Agent:    Corporation Service Company
                            1201 Hays Street
                            Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 27, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

46472